BANNISTER
v.
ALLEN.

*Tuesday,*
*November 29.*

*Smith,* for the defendant.

## BANNISTER *v.* ALLEN.

*Tuesday,*
*November 29.*

MOTION for an alias certiorari.

*Per Curiam.*—It is the duty of the party obtaining an order

for a certiorari, to use due diligence in having the writ issued and delivered to the clerk of the Court below, and in having a complete record made out and transmitted to the clerk of this Court. Such diligence not appearing to have been used on the present occasion, the motion is refused.